```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
EMANUEL DELACRUZ, on behalf of himself and all                         :
other persons similarly situated,                                      :
                                                                       :
                                                                       :
                                        Plaintiff,                     :      21 Civ. 8191 (JPC)
                                                                       :
            -v-                                                        :      ORDER OF DISMISSAL
                                                                       :
ADOLPH KIEFER & ASSOCIATES, LLC,                                       :
                                                                       :
                                        Defendant.                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and with prejudice, except that the parties have the right to restore the action to the Court's calendar if an application to restore the action is made within forty-five days of this Order in the event the settlement agreement is not completed and executed. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.F of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: November 18, 2021
       New York, New York

                                                    _____
                                                            JOHN P. CRONAN
                                                        United States District Judge